IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE A. AGOSTINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-180 |
| | ) | |
| FRIENDSHIP VILLAGE OF SOUTH HILLS, | ) | Judge Conti |
| LIFE CARE COMMUNITIES, INC., | ) | Magistrate Judge Hay |
| RUSSELL FIREWICZ, JOAN AMON, | ) | |
| JEAN STEINER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

And Now, this 10th day of May, 2007, defendant having filed a Motion for More Definite Statement, IT IS ORDERED that plaintiff shall file a responsive brief on or before June 8, 2007.

By the Court,


\s\ Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge


cc:   Lois E. Glanby, Esquire
      152 East Highland Drive
      McMurray, PA 15317

      Martin J. Saunders, Esq.
      Steven E. Klein, Esq.
      JACKSON, LEWIS, LLP
      One PPG Place
      28th Floor
      Pittsburgh, PA 15222